# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 2509** |

## NOTICE OF APPEAL

Notice is hereby given that Zohar III Corp. and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a)(1), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, from the April 19, 2021 *Order (A) Enforcing and Implementing the Terms of the Settlement Agreement with Respect to a Portfolio Company Sale and (B) Granting Related Relief* [Docket No. 2509] (the "Order") entered by the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, a copy of which is attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 158(a)(1) and Rule 8003 of the Federal Rules of Bankruptcy Procedure, the Order is appealable as of right.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

28057005.1

| PARTY | COUNSEL |
|---|---|
| Lynn Tilton and the Patriarch Stakeholders | **COLE SCHOTZ P.C.**<br><br>Norman L. Pernick (No. 2290)<br>Patrick J. Reilley (No. 4451)<br>G. David Dean (No. 6403)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>preilley@coleschotz.com<br>ddean@coleschotz.com<br><br>-and-<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br><br>Monica K. Loseman<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2642<br>Telephone: (303) 298-5784<br>Facsimile: (303) 313-2828<br>mloseman@gibsondunn.com |
| Mark Berger, as Independent Manager of Global Automotive Systems, LLC | **BAYARD, P.A.**<br><br>Neil B. Glassman (No. 2087)<br>Evan T. Miller (No. 5364)<br>600 N. King Street, Suite 400<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000<br>Email: nglassman@bayardlaw.com<br>emiller@bayardlaw.com<br><br>-and-<br><br>**MORRISON COHEN LLP**<br><br>Joseph T. Moldovan<br>909 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 735-8600<br>Facsimile: (212) 735-8708<br>email: jmoldovan@morrisoncohen.com |

| | |
|---|---|
| Dated: April 30, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>       rbrady@ycst.com<br>       mnestor@ycst.com<br>       jbarry@ycst.com<br>       rbartley@ycst.com<br>       sreil@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |