# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ZOHAR III, CORP., *et. al.* | : | Bankruptcy Case No. 18-10512 (KBO) |
| | : | BAP 21-00021 |
| Debtors. | : | |
| _____ | : | |
| ZOHAR III, CORP. | : | |
| Appellant, | : | |
| v. | : | C.A. No. 21-628-MN |
| LYNN TILTON and the PATRIARCH, SHAREHOLDERS and MICHAEL BERGER, as INDEPENDENT MANAGER of GLOBAL AUTOMOTIVE SYSTEMS, LLC | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **26th** day of **May, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the

expense of the process.

As noted in the counsels' letter to the court[1], on March 23, 2021, the Appellees filed a motion for entry of an Order to enforce and implement the terms of the settlement to a Portfolio Company Sale and the Appellants filed objections to this motion in the Bankruptcy Court. Appellees filed a reply brief on April 5, 2021.

Thereafter, the Bankruptcy Court conducted an evidentiary hearing on the motion and related pleadings from April 8 through April 12, 2021, announced its ruling on the record of a hearing held on April 13, 2021. This Court further entered an Order enforcing and implementing the terms of the settlement agreement with respect to a Portfolio Company Sale and granted related relief. See D.I. 1-1 Order of Bankruptcy Judge Owens. Appellants filed a notice of appeal of this Order on April 30, 2021 which was transmitted to this Court on the same day.

The parties have conferred regarding mediating the instant dispute and agree that a mediation process would not be useful process to resolve this appeal.

The parties further request that the following briefing schedule be entered.

| | |
|---|---|
| Appellants' Opening Brief | Monday, June 28, 2021 |
| Appellees' Answering Brief | Not later than 45 days after the filing of the Opening Brief |
| Appellants' Reply Brief | Not later than 21 days after the filing of the Answering Brief. |

Appellees have indicated they may file a motion to dismiss this Appeal. The parties request that any briefing scheduled ordered be subject to change in the event

---

[1] This letter is not docketed because it addresses mediation.

such motion practice occurs.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections are anticipated to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1, since it is consistent with the parties' request.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge